UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| ARLENE FRENCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:13-cv-00577 |
| | ) |
| OXYGEN PLUS CORP. and T. CISSY WHITE, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE FOR THE COURT TO CONSIDER THE MOTION FOR SUMMARY JUDGMENT PREVIOUSLY FILED OR FOR LEAVE TO SUBMIT A CONCISE STATEMENT OF UNDISPUTED FACTS IN ACCORDANCE WITH LOCAL RULE 56.01(b)

Counsel for Defendants would show the Court that he inadvertently overlooked the requirements of Local Rule 56.01(b) and failed to submit the facts upon which Defendants' Motion for Summary Judgment was based in the format required.

Counsel would show that the facts relied upon to support Defendants' Motion for Summary Judgment were set forth in a section of the Motion separate from Argument and were submitted in separately numbered paragraphs with specific citations to the record.

Counsel apologizes for any inconvenience to the Court or opposing counsel related to this deficiency and moves the Court to consider the facts as submitted in the Motion or for leave to file an Amended Concise Statement of Facts as a separate document with the word "Response" included at the appropriate place.